People v Doyle (2024 NY Slip Op 00779)

People v Doyle

2024 NY Slip Op 00779

Decided on February 14, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
HELEN VOUTSINAS
CARL J. LANDICINO, JJ.

2022-10090
2022-10100
 (Ind. No. 292/19; S.C.I. No. 385/21)

[*1]The People of the State of New York, respondent, 
v
Sean Doyle, appellant.

Meth Law Offices, P.C., Chester, NY (Michael D. Meth of counsel), for appellant.
David Hoovler, District Attorney, Goshen, NY (Edward D. Saslaw of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the County Court, Orange County (Craig Stephen Brown, J.), both rendered November 16, 2021, convicting him of coercion in the first degree, criminal obstruction of breathing or blood circulation, and endangering the welfare of a child (three counts) under Indictment No. 292/19, and forgery in the second degree under Superior Court Information No. 385/21, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
The defendant's waivers of his right to appeal, the validity of which he does not challenge, preclude appellate review of his contentions that the sentences imposed were excessive (see People v Guzman, 127 AD3d 1108).
The defendant's remaining contention is without merit.
IANNACCI, J.P., MALTESE, VOUTSINAS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court